In re Daniel Johnson WILLIS,
Petitioner.

No. 03–1156.

United States Court of Appeals,
Fourth Circuit.

Submitted March 20, 2003.

Decided March 27, 2003.

Daniel Johnson Willis, Petitioner Pro Se.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

PER CURIAM.

Daniel Johnson Willis petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his motion for default judgment filed in his action alleging false imprisonment by the United States Marshals Service. He seeks an order from this court directing the district court to act. We find there has been no undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because

the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*